DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANN CIPRIANI-MAGES** and **ANTHONY G. MAGES,**
Appellants,

v.

**THIRD FEDERAL SAVINGS AND LOAN ASSOCIATION OF
CLEVELAND,**
Appellee.

No. 4D17-2713

[May 3, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 50-2013-CA-006559-XXXX-MB.

Leanne L. Ohle of Ohle & Ohle, Stuart, for appellants.

Marian G. Kennady of Van Ness Law Firm, PLC, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***